# Court of Appeals
# of the State of Georgia

ATLANTA, __January 10, 2013__

*The Court of Appeals hereby passes the following order:*

**A13A0817.  JACKSON HOLT GRAY, JR. v. THE STATE.**

Jackson Holt Gray, Jr. was convicted of DUI on August 15, 2012.  On October 25, 2012, he filed a pro se notice of appeal to this Court.  To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rocha v. State*, 287 Ga. App. 446 (1) (a) (651 SE2d 781) (2007).  Because Gray's notice of appeal was filed 71 days after entry of the judgment he wishes to appeal, it is untimely.  This appeal is therefore DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, __01/10/2013__
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

 , Clerk.